Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X    21 MC 102 (AKH)

ANGEL REYES,                                                Index No.: 06-CV-14998

                            Plaintiff(s),

        -against-                                           **NOTICE OF ADOPTION OF ANSWER
                                                            TO MASTER COMPLAINT**

90 CHURCH STREET LIMITED                                    **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,

                            Defendant(s).
-------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED
PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY &
KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by
Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced
action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in
the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102
(AKH).

WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and
BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as
against them,

together with their costs and disbursements and for such other and further relief as this Court

deems just and proper.

Dated: New York, New York
       September 7, 2007

                                         Yours etc.,

                                         McGIVNEY & KLUGER, P.C.
                                         Attorneys for Defendants
                                         90 CHURCH STREET LIMITED PARTNERSHIP
                                         and BOSTON PROPERTIES, INC.

                                         By: _____
                                            Richard E. Leff (RL-2123)
                                            80 Broad Street, 23rd Floor
                                            New York, New York 10004
                                            (212) 509-3456

TO:     WORBY GRONER & NAPOLI BERN, LLP
            Plaintiffs Liaison
            In Re Lower Manhattan Disaster Site
            Litigation
            115 Broadway, 12th Floor
            New York, New York 10006
            (212) 267-3700

            All Defense Counsel